**UNITED STATES COURT OF INTERNATIONAL TRADE**
**THE HONORABLE MARK A. BARNETT, CLAIRE R. KELLY,**
**JENNIFER CHOE-GROVES,** *JUDGES*

| | |
|---|---|
| 3M COMPANY et al,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES et al,<br><br>        Defendants. | **Court No. 20-03339** |

**AMENDED NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(e) of the Rules of the United States Court of International Trade, the undersigned hereby amends his notice of appearance on behalf of Plaintiff for purposes of providing notice of a change in address. Wm. Randolph Rucker remains the attorney of record for Plaintiff(s) and requests that all papers be served on him at the following address:

> Wm. Randolph Rucker
> Faegre Drinker Biddle & Reath LLP
> 320 S. Canal Street, Suite 3300
> Chicago, IL 60606

The individual attorney responsible for the litigation is Wm. Randolph Rucker.

Dated:  June 26, 2023

/s/ Wm. Randolph Rucker
Wm. Randolph Rucker
**Faegre Drinker Biddle & Reath LLP**
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1157
E-mail: randy.rucker@faegredrinker.com

US.358217654.01

## CERTIFICATE OF SERVICE

Wm. Randolph Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 320 S. Canal Street, Suite 3300, Chicago, Illinois 60606, and that on June 26, 2023, on behalf of the Plaintiff(s) herein, he served the attached Amended Notice of Appearance on:

>Attorney-in-Charge
>U.S. Department of Justice
>International Trade Field Office
>26 Federal Plaza - Suite 346
>New York, NY 10278
>E-mail: civil.itfoecf@usdoj.gov

the attorney for the Defendant(s) herein, by electronic service in the CM/ECF System of the Court of International Trade.

/s/ Wm. Randolph Rucker

US.358217654.01